UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ESTOL STRUCKMAN,

    Plaintiff,

  v.

ADDYSTON POLICE DEPARTMENT, et al.,

    Defendants.

NO. 1:12-CV-00184

**ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 15), in which he recommends that Plaintiff's amended complaint be dismissed except to the extent that he alleges a claim against Defendant Brandon Goff for excessive force during an incident that allegedly occurred on March 3, 2010.

Proper notice was given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections have been filed.

Having reviewed this matter pursuant to 28 U.S.C. §

1

636, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct.

Accordingly, the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation (doc. 15) in all respects.  Plaintiff's amended complaint (doc. 12) is therefore DISMISSED WITH PREJUDICE as against Defendants Addyston Police Department, Cleves Police Department, Hamilton County Sheriff, Jeremy Keene, Michael Walker and "John Doe" of the Hamilton County Sheriff's Department and as it relates to any claim other than the use of excessive force by Brandon Goff on March 3, 2010.  The sole remaining Defendant in this matter is therefore Brandon Goff, and the sole claim is the claim relating to the use of excessive force during the incident that occurred on March 3, 2010.

SO ORDERED.


DATED: October 25, 2012 /s/ S. Arthur Spiegel

                                    S. Arthur Spiegel
                                    United States Senior District Judge