UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ESTOL STRUCKMAN, | : | Case No. 1:12-cv-184 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | |
| ADDYSTON POLICE DEPARTMENT, | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

**DECISION AND ENTRY ADOPTING THE REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE
(Doc. 42)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz (previously Hon. J. Gregory Wehrman). Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on December 8, 2014, submitted a Report and Recommendation (Doc. 42). Remaining Defendant Brandon Goff filed objections (Doc. 43).

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly:

1. The Report and Recommendation (Doc. 42) is **ADOPTED**; and

2. Defendant Brandon Goff's Motion for Summary Judgment (Doc. 37) is **DENIED**.

**IT IS SO ORDERED**.

Date:  1/20/15  *s/ Timothy S. Black*
Timothy S. Black
United States District Judge